Malcom Maxwell RYIDU–X, a/k/a Richard Edward Janey, Plaintiff–Appellant,

v.

MARYLAND CORRECTIONAL ADJUSTMENT CENTER; Thomas R. Corcoran, Warden; C. Leaks, Dietary Supervisor, Defendants–Appellees.

No. 02–6856.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 6, 2002.

Malcom Maxwell Ryidu–X, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Malcom Maxwell Ryidu–X appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ryidu–X v. Maryland Correctional Adjustment Ctr.,* No. CA–02–138 (D.Md. May 1,

2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*